USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 7/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNION FOR REFORM JUDAISM,

Plaintiff,

-v-

CHURCH MUTUAL INSURANCE COMPANY, S.I,

Defendant.

**ORDER**

25-CV-10383 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on July 27, 2026 to address Plaintiff's letter motion at ECF No. 21 (the "Letter Motion"). For the reasons articulated in the conference transcript, the Letter Motion is **GRANTED IN PART AND DENIED IN PART**. The parties shall adhere to the following directives:

- Defendant shall complete its production and serve an updated privilege log by **August 7, 2026**;
- Assuming that disputes remain after Defendant's production, any letter motions to compel further production shall be filed by **August 28, 2026**;
- Responses to any letter motions to compel shall be filed by **September 2, 2026**;
- The undersigned will hold a conference via telephone to address discovery disputes on **September 9, 2026** at **10:00 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 443 446 40#).

- The deposition of Mitchell Kies will be held on or before **October 9, 2026**;
- The deposition of Shawn Graybill will be held on or before **October 16, 2026**;
- The deposition of Jocelyn Wright will be held on or before **October 30, 2026**;
- All other Party depositions will be held on or before **November 20, 2026**;
- All non-Party depositions will be held on or before **December 28, 2026**;
- All fact discovery shall be completed on or before **January 29, 2027**;
- All expert discovery shall be completed on or before **March 12, 2027**.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 21 as **GRANTED IN PART AND DENIED IN PART**.

**SO ORDERED.**

Dated: July 27, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge