USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNION FOR REFORM JUDAISM,

Plaintiff,

-v-

CHURCH MUTUAL INSURANCE COMPANY, S.I,

Defendant.

**ORDER**

25-CV-10383 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on September 9, 2026 to address Plaintiff's letter motion at ECF No. 27 (the "Letter Motion"). For the reasons discussed on the record, the Letter Motion is **GRANTED IN PART and DENIED IN PART**.

Plaintiff's request for production of the entire underwriting file is **GRANTED**. Defendant shall produce the entire underwriting file by **September 18, 2026**, subject to legitimate claims of privilege. The underwriting file is subject to the following temporary confidentiality order, which expires on **October 9, 2026**: documents produced as part of the underwriting file can only be used for purposes of this litigation.

Plaintiff's request for production of Defendant's internal communications is **GRANTED**. The parties are directed to confer regarding an email search strategy to identify custodians and search terms by **September 23, 2026**.

Plaintiff's request for Defendant's coverage counsel communications is **GRANTED IN PART and DENIED IN PART**. Defendant shall submit via email

to RicardoNYSDChambers@nysd.uscourts.gov by **September 11, 2026** the eleven documents discussed at the conference for in camera review.

Plaintiff's request for documents withheld as work product is **DENIED AS MOOT**. However, Defendants will produce documents from MKA by **September 23, 2026**.

If the parties wish to extend any discovery deadlines, the parties should file a letter motion on the docket with a proposed schedule.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 27 as **GRANTED IN PART and DENIED IN PART**.

**SO ORDERED.**

Dated: September 9, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge