USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNION FOR REFORM JUDAISM,

Plaintiff,

-v-

CHURCH MUTUAL INSURANCE COMPANY, S.I,

Defendant.

**ORDER**

25-CV-10383 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on September 25, 2026 to address Defendant's *ex parte* submission received by the undersigned's chambers via email on September 10, 2026. For the reasons discussed on the record, documents 1 and 4 should be redacted based on the Court's directives.

Additionally, as discussed during the conference, the October 9, 2026 and October 16, 2026 deposition deadlines, *see* ECF No. 26, are adjourned to a date to be determined later.

**SO ORDERED.**

Dated: September 25, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge