USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNION FOR REFORM JUDAISM,

Plaintiff,

-v-

CHURCH MUTUAL INSURANCE COMPANY, S.I,

Defendant.

**ORDER**

25-CV-10383 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on October 15, 2026 to address Plaintiff's letter motion, ECF No. 32 (the "Motion"). For the reasons stated on the record, the parties shall adhere to the below directives.

Regarding Plaintiff's request that Defendant produce the entire underwriting file, Defendant failed to comply with the undersigned's September 9, 2026 order, ECF No. 30, directing production of the underwriting file, and has advised that additional documents in the underwriting file need to be reviewed and produced. Defendant shall produce these documents by **October 30, 2026**. The documents will be subject to the same temporary confidentiality order set forth in the order at ECF No. 30: documents produced as part of the underwriting file can only be used for purposes of this litigation. The temporary confidentiality order will expire on **November 16, 2026**.

Regarding Plaintiff's request for the production of email communications, Defendant must search the email accounts of and produce documents from the

following custodians: Mitchell Kies, Shawn Graybill, Daniel Hanson, Sally Kundert, Tracy Schmeltzer, and Tracy Pingel. The parties shall confer further regarding additional custodians and search terms. The parties shall also confer to address in what form Defendant will produce emails with attachments.

Finally, the parties shall adhere to the below extended discovery deadlines:

- The deposition of Mitchell Kies will be held on or before **January 11, 2027**;
- The deposition of Shawn Graybill will be held on or before **January 19, 2027**;
- The deposition of Jocelyn Wright will be held on or before **February 1, 2027**;
- All other party depositions will be held on or before **February 22, 2027**;
- All non-party depositions will be held on or before **March 30, 2027**;
- All fact discovery shall be completed on or before **April 29, 2027**;
- All expert discovery shall be completed on or before **June 15, 2027**.

**SO ORDERED.**

Dated: October 15, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge