USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNION FOR REFORM JUDAISM,

Plaintiff,

-against-

CHURCH MUTUAL INSURANCE COMPANY, S.I.,

Defendant.

25 Civ. 10383 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated October 15, 2026, the Honorable Henry J. Ricardo extended the fact discovery deadline to April 29, 2027. *See* ECF No. 38. Accordingly, the case management conference before the undersigned, currently scheduled for November 9, 2026, is ADJOURNED to **May 17, 2027** at **10:00 a.m.**

SO ORDERED.

Dated: November 2, 2026
New York, New York

ANALISA TORRES
United States District Judge