USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 11/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNION FOR REFORM JUDAISM,

Plaintiff,

-v-

CHURCH MUTUAL INSURANCE COMPANY, S.I,

Defendant.

**ORDER**

25-CV-10383 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter (the "Letter") asking to modify the confidentiality order at ECF No. 43. ECF No. 44. Defendant is directed to respond to the Letter by **November 19, 2026**.

A conference is scheduled for **December 2, 2026**, at **3:00 p.m.** by telephone to discuss the Letter. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 554 089 85#).

**SO ORDERED.**

Dated: November 10, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge